UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **DLSH PROPERTIES, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **SAMSUNG FIRE & MARINE INSURANCE CO., LTD., et al.**, <br><br> Defendants. | 2:19-cv-11227 <br><br> HON. TERRENCE G. BERG <br><br> **JUDGMENT** |

In accordance with this Court's Order of the same date entering judgment on the pleadings in favor of Defendant Samsung Fire & Marine Insurance Co., Ltd., and summary judgment in favor of Defendant Hartford Fire Insurance Company,

It is hereby **ORDERED** that judgment is entered in favor of Defendants.

Dated at Detroit, Michigan:  March 31, 2020

 

DAVID J. WEAVER
CLERK OF THE COURT

s/ Amanda Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE